

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7ᵗʰ floor*          973-645-2700
*Newark, New Jersey 07102*

February 14, 2020

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:     *United States v. Matthew Brent Goettsche, et al.,*
>         <u>Crim. No. 19-877</u>

Your Honor:

The United States of America, through the undersigned, respectfully submits this letter to respectfully request that the Court permit the parties to have an additional week—until February 21, 2020—to continue discussing the possibility of an agreed upon scheduling order or, if no agreement can be reached, to submit competing proposed scheduling orders along with justifications.

Under the operative Court order, the parties were to submit proposed scheduling orders with justifications by today.  On February 13, 2020, the Government, defendant Goettsche, and defendant Weeks all appeared before the Honorable Michael A. Hammer for bail hearings.  The hearings lasted several hours and were continued to this morning.  Today's portion of the hearing lasted from 10:00 a.m. through approximately 2:40 p.m.

In light of the parties' resources being dedicated to the bail hearings, the Government respectfully requests that the Court permit the parties with an additional week to meet and confer to see if a joint scheduling order can be reached.

Counsel for the Government has conferred with counsel for defendants Goettsche, Weeks, and Abel, who agree with this requested relief.

Accordingly, the Government respectfully requests that the Court permit the parties until February 21, 2020, to submit either a joint proposed scheduling order or competing proposed scheduling orders with justifications.

Respectfully submitted,

CRAIG CARPENITO
United States Attorney

By:  Jamie L. Hoxie
Assistant U.S. Attorney

Extension GRANTED.

SO ORDERED

_s/Claire C. Cecchi_
Claire C. Cecchi, U.S.D.J.

Date:  2/16/2020