2020R00948/APT/JLH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 19-CR-877(CCC)-04 |
| JOSEPH FRANK ABEL | : | 26 U.S.C. § 7206(1) |

### **I N F O R M A T I O N**

The defendant, JOSEPH FRANK ABEL, having waived in open court prosecution by Indictment and venue in the Central District of California, the United States Attorney for the District of New Jersey charges:

1. At all times relevant to this Information:

    a. Defendant JOSEPH FRANK ABEL ("ABEL") was a resident of Ventura County, California.

    b. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States, and collecting the taxes that were due and owing to the Treasury of the United States by its citizens and businesses.

2. On or about October 15, 2018, defendant ABEL signed, filed, and caused to be filed with the IRS a 2017 Form 1040 United States Individual Income Tax Return (the "2017 Tax Return") on behalf of himself.

3. The 2017 Tax Return was electronically signed by defendant ABEL and contained a written declaration that it was signed under the penalties of

perjury.

4. The 2017 Tax Return was not true and correct as to every material matter in that the return did not include approximately $1,097,179.65 in taxable income. By failing to report this income, defendant ABEL failed to pay approximately $476,213.00 in additional federal income taxes to the United States.

5. On or about October 15, 2018, in Ventura County, in the Central District of California, and elsewhere, defendant

JOSEPH FRANK ABEL

did knowingly and willfully make and subscribe a United States Individual Income Tax Return, Form 1040, for tax year 2017, as described in paragraph 2 of this Information, which contained and was verified by a written declaration that it was made under the penalties of perjury, and which defendant ABEL did not believe to be true and correct as to every material matter, as described in paragraph 4 of this Information.

In violation of Title 26, United States Code, Section 7206(1).

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney