# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

JOSEPH ABEL

MAGISTRATE JUDGE: **LEDA D. WETTRE**

MAGISTRATE NO.: **2:19-CR-877 (CCC)**

DATE OF PROCEEDINGS: **9/11/2020**

DATE OF ARREST: Click here to enter text.

PROCEEDINGS: **Bail Hearing**

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) DEFENDANT CONSENTS TO VIDEO CONFERENCE

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: **$2,000,000**
    ( ) UNSECURED BOND
    (X) SURETY BOND SECURED BY PROPERTY
(X) TRAVEL RESTRICTED
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE:
( ) DETENTION / BAIL HRG.          DATE:
( ) TRIAL:  ___ COURT ___ JURY     DATE:
( ) SENTENCING                     DATE:
( ) OTHER:                         DATE:

APPEARANCES:

AUSA **Anthony Torntore, AUSA**

DEFT. COUNSEL **Jason LeBoeuf, CJA**

PROBATION

INTERPRETER
    Language: ( )

Time Commenced: 12:00 pm
Time Terminated: 12:30 pm
CD No: ECR

*Kimberly Darling*
DEPUTY CLERK