## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MATTHEW BRENT GOETTSCHE, et al.

Crim. No. 19-877

SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Trevor A. Chenoweth, Assistant United States Attorney (trevor.chenoweth@usdoj.gov), is appearing in substitution for Ingrid Eicher, Vinay S. Limbachia, and Sarah Devlin, Assistant United States Attorneys, who previously appeared in this matter.

TODD BLANCHE
United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

By:    Trevor A. Chenoweth
Assistant U.S. Attorney

Dated:  September 12, 2025